FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

2026 MAR 11  P 3: 41

UNITED STATES OF AMERICA

v.

THOMAS WEIR PAUKEN II,
a/k/a: "Tom McGregor"

Defendant.

Case No. 1:26-MJ-67

## CONSENT MOTION TO UNSEAL

The United States of America, through undersigned counsel, moves to unseal this case. This case was originally sealed pending the arrest of the defendant, at which point it became automatically unsealed. During the defendant's initial appearance on March 2, 2026, counsel for the defendant requested that the case remain sealed until the defendant's detention hearing and probable cause hearing on March 5, 2026. The Court granted defendant's request. On March 5, 2026, the government moved to unseal the case, and the defendant opposed it. The Court then orally ordered a briefing schedule to address whether continued sealing was appropriate, with the government's brief due on March 11, 2026, and the defendant's response due on March 13, 2026.

The government has conferred with counsel for the defendant, who has relayed that the defendant consents to the unsealing of this matter. Further, the government believes that the original justification for sealing and the justification for continued sealing of this matter no longer exists.

//

//

WHEREFORE, the government respectfully requests that the Court enter and order to unseal this matter.

Respectfully submitted,

Todd Blanche
Deputy Attorney General


_____/s/_____
Gavin R. Tisdale
Assistant United States Attorney
U.S. Attorney's Office, EDVA
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-2100
gavin.tisdale@usdoj.gov

Eli Ross
Trial Attorney
National Security Division, CES

2