**IN THE US DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | No. 1:24-cr-419 |
| | : | |
| THOMAS PAUKEN | : | |
| | : | |
| Defendant | : | |
| | : | |

**NOTICE OF SUPPLEMENTAL SENTENCING LETTER**

Mr. Pauken respectfully requests the Court to accept the attached letter to supplement his previously submitted sentencing materials.

Respectfully submitted,

By: /s/ Charles Burnham
Charles Burnham, Esq.
BURNHAM & GOROKHOV
1634 I St. NW, Suite 575
Washington, DC 20006
(202) 386-6920 (phone)
(202) 765-2173 (fax)
charles@burnhamgorokhov.com