**Charles Burnham <charles@evgpllc.com>**

## Away Re: Page 2 of letter

<450507316@qq.com> Mon, Aug 31, 2026 at 11:25 AM
To: Charles Burnham <charles@burnhamgorokhov.com>

To the relevant people in the United States,

I am Zhou Yawei, the wife of Tom. Tom and I got acquainted in 2011. In 2013, we purchased a small two - bedroom house in a small county town and got married in 2014. After our marriage, we had a son named Peter.

Our marital life has been a journey filled with hardships and perseverance. Many of the clothes Tom wears are worth only about $30, including the thick overcoat he wore last winter, which cost $32. My father had a tough life since childhood, and he taught me the virtue of frugality. I strive to be thrifty so that Tom doesn't have to work so hard and our child can have a secure future.

Tom gets up at around 5 a.m. every day and spends two hours on the subway and bus to go to work. He has made great sacrifices for our family. He loves our family, me, and our child deeply.

Although I may not fully understand the current international relations between China and the United States, which seem to be less than ideal, Tom has always been committed to serving as a bridge of friendship between the two countries. He hopes that China and the United States can maintain a friendly relationship. Since his wife is Chinese and he is American, any unfavorable situation in either country would make us both sad because these are our motherlands.

Contrary to what some may say, he is not the kind of person who would do anything to harm his own country. As a couple in an international marriage, we deeply understand the significance of family. He loves his motherland dearly and often tells our child about American culture and historical stories.

Tom is a very responsible father. He accompanies our child in reading every day without fail. All his friends around him praise his principle of promoting Sino - American friendship. He is an honest and kind - hearted person.

As his wife, I earnestly appeal to the relevant people or departments. Our child and I are eagerly waiting for Tom to come back home soon. Our child is in adolescence, and he needs his father's company. I don't want our child to go astray due to the lack of his father's presence. Distance cannot stop our longing for him.

Sincerely,
Zhou Yawei
August 31, 2026

---Original---

**From:** "Charles Burnham"<charles@burnhamgorokhov.com>
**Date:** Mon, Aug 31, 2026 21:54 PM
[Quoted text hidden]

[Quoted text hidden]